**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1291**

———————

DAVERETTA A. HAYES,

Plaintiff - Appellant,

versus

MASS TRANSIT ADMINISTRATION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-00-
3790-AMD)

———————

Submitted:  June 13, 2002            Decided:  June 18, 2002

———————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Daveretta A. Hayes, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Jessie Lyons Crawford, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daveretta A. Hayes appeals the district court's order and order on reconsideration granting summary judgment to the Appellee in her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hayes v. Mass Transit Admin., No. CA-00-3790-AMD (D. Md. Jan. 22 & Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED